UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-50179 |
| MCGUIGAN, BERNARD CLAUDIO | ) | |
| AND MCGUIGAN, LORI RAE | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Preston |

## NOTICE OF CONTINUED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the above-captioned Debtors' Meeting of Creditors has been continued until March 14, 2016 at 10:30 a.m. The reason for this continuance is that Counsel for Debtors had a scheduling conflict. The meeting will be held at the U.S. Bankruptcy Court located at 170 North High Street, Suite 100, Columbus, OH 43215. No further extensions will be granted by the Trustee.

Respectfully submitted,

  /s/    Myron N. Terlecky
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH  43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email: mnt@columbuslawyer.net
Chapter 7 Trustee

# CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on February 23, 2016, a true and accurate copy of the foregoing Notice of Continued Meeting of Creditors was served on the following registered ECF participants, electronically through the court's ECF system, at the email address registered with the Court:

Office of the U.S. Trustee
Benjamin Eric Fickel

and on the following by ordinary U. S. mail, postage prepaid:

Bernard C. McGuigan
28493 Big Pine Road
Logan, OH 43138

Lori Rae McGuigan
28493 Big Pine Road
Logan, OH 43138

             /s/  Myron N. Terlecky
            Myron N. Terlecky  (0018628)